JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE KHACHATURIAN, | CV 20-1584 PA (JPRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| LIVHOME, INC. et al., | |
| Defendants. | |

    Pursuant to the Court's March 9, 2020 Minute Order dismissing this action for failure to file an amended complaint pursuant to the Court's order,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

    IT IS SO ORDERED.

DATED: March 9, 2020

                                            Percy Anderson
                                  UNITED STATES DISTRICT JUDGE